# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and SOUTHERN AIR INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION <br><br> and <br><br> AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224 <br><br> and <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 2750, <br><br> Defendants. | Civil Action No. 1:19-cv-03223-CRC |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Atlas Air, Inc. ("Atlas") and Southern Air Inc. ("Southern") hereby respectfully move for summary judgment, including for an order enforcing the arbitration awards issued against Defendants by the Southern and Atlas System Boards of Adjustment on June 12, 2019 and August 26, 2019 by requiring that Defendants immediately deliver an integrated seniority list to Atlas and Southern and otherwise requiring Defendants to comply with those awards in all respects.

The grounds supporting this Motion are set forth in the accompanying Statement of Undisputed Material Facts and Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment.

Dated: October 31, 2019  Respectfully submitted,
       Washington, D.C.

                By:    /s/ Robert A. Siegel
                    Robert A. Siegel
                    (D.C. Bar #1004474)
                    Rachel S. Janger
                    (D.C. Bar #467142)

                    O'MELVENY & MYERS LLP
                    1625 Eye Street, NW
                    Washington, D.C. 20006
                    Telephone:  (202) 383-5300
                    Facsimile:  (202) 383-5414
                    rsiegel@omm.com
                    rjanger@omm.com

                    *Attorneys for Plaintiffs Atlas Air, Inc. and*
                       *Southern Air Inc.*

## **CERTIFICATE OF SERVICE**

I, Robert A. Siegel, hereby certify that on October 31, 2019, I caused a paper copy of the following motion to be personally served on all Defendants.

/s/ Robert A. Siegel
Robert A. Siegel
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email:  rsiegel@omm.com