# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and SOUTHERN AIR INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION <br><br> and <br><br> AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224 <br><br> and <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 2750, <br><br> Defendants. | Civil Action No. 1:19-cv-03223-CRC |

## DECLARATION OF JEFFREY D. CARLSON

I, Jeffrey D. Carlson, do hereby declare under penalty of perjury the following:

1.  I am employed by Atlas Air Worldwide Holdings, Inc. ("AAWH"), which owns Atlas Air, Inc. ("Atlas") and Southern Air Inc. ("Southern"), as Senior Vice President of Flight Operations. Both Atlas and Southern are commercial air carriers with national and international operations. I have personal knowledge of the facts set forth below and if called as a witness in this matter, I could and would competently testify thereto.

2.  The National Mediation Board has certified the International Brotherhood of Teamsters, Airline Division ("IBT Airline Division") as the collective bargaining representative of both the Atlas and Southern pilots under the RLA. The Airline Professionals Association of

the International Brotherhood of Teamsters, Local Union No. 1224 is the local collective bargaining agent designated by the IBT Airline Division to represent the Southern pilots and manage day-to-day pilot labor relations with Southern. On October 11, 2019, International Brotherhood of Teamsters Local 2750 ("Local 2750") was chartered by the International Brotherhood of Teamsters as the designated representative of Atlas pilots. Local 2750 is temporarily headquartered at IBT Local 100's headquarters in Cincinnati, Ohio. Prior to October 11, 2019, Defendant Local 1224 was designated as the representative of both the Atlas pilots and the Southern pilots.

3. Atlas and the IBT Airline Division are parties to a collective bargaining agreement ("CBA") governing the rates of pay, rules, and working conditions of the Atlas pilots (the "Atlas CBA"). The Atlas CBA became effective on September 8, 2011, and became amendable on September 8, 2016. I have attached as Exhibit 1 a true and correct copy of Sections 1 and 34 Atlas CBA, dated September 8, 2011.

4. Southern and the IBT Airline Division are parties to a CBA governing the rates of pay, rules, and working conditions of the Southern pilots (the "Southern CBA"). The Southern CBA became effective on November 6, 2012, and became amendable on November 6, 2016. I have attached as Exhibit 2 a true and correct copy of Sections 1 and 27 Southern CBA, dated November 6, 2012.

5. On June 12, 2019, and August 26, 2019, respectively, the Southern and Atlas System Boards of Adjustment issued arbitration awards requiring Defendants to deliver an integrated seniority list ("ISL") to Southern and Atlas within 45 days of the date of each award (i.e., by July 27, 2019 (Southern) and October 10, 2019 (Atlas)). On October 11, 2019, I sent two letters, on behalf of Atlas and Southern respectively, to Defendants asking for Defendants'

immediate submission of the ISL to the carriers pursuant to the awards.  I have attached as Exhibits 3 and 4 true and correct copies of letters signed by myself and sent on behalf of Atlas and Southern respectively to Defendants on October 11, 2019.

      6.     To my knowledge, Defendants have not provided a written response to either letter.  Moreover, as of the filing of this declaration, Defendants have not yet provided Atlas or Southern with an ISL.

     Executed this 31st day of October, 2019 at Purchase, New York

                                                        _____
                                                          Jeffrey D. Carlson